## Christ Selimos, Appellee, v. Joe O'Brien, Defendant. Railway Express Agency, Inc., Appellant.

Gen. No. 42,232.

Heard in the second division, first district, this court at the April term, 1942; opinion filed November 17, 1942; supplemental opinion filed and rehearing denied December 30, 1942. John A. Dill, for appellant; Emil Seerup, of counsel; Peter S. Sarelas, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."